IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**RICKY D. HANGARTNER**,

     Plaintiff,

          v.

**INTEL CORPORATION,**

     Defendant.

No. 3:14-cv-00141-MO

OPINION AND ORDER

**MOSMAN, J.**,

On November 17, 2014, I held a claim construction hearing in the above-entitled patent

action.  At issue are claim terms appearing in U.S. Patent Number 6,463,422 ("422 patent").  In

this Order, I announce my constructions of the following terms.  An explanatory opinion will

follow.

| Claim Term | Construction |
|---|---|
| equalizing charge on the gates of the transistor inverter circuits | *No construction* |
| cause the cross-coupled pair to randomly assume one of two stable states | *No construction* |
| proposed solution to a computing problem | *No construction* |
| conjunctive normal form | "described as a series of one or more clauses, each clause made up of one or more literals (variables or their complements)" |
| one nondeterministic logic element for generating a | *No construction* |

| | |
|---|---|
| respective random boolean value for each one of the said one or more variables | |
| unstable equilibrium | "a condition where the inputs and outputs of a cross-coupled pair of inverters are in substantially the same state and are substantially unchanging and a small disturbance would produce a change away from that state" |
| while power is removed from the cross-coupled pair, thereby driving the cross-coupled pair to an unstable equilibrium, whereby … the cross-coupled pair [] randomly assume[s] one of two stable states when power is restored to the cross-coupled pair | "the cross-coupled pair of inverters is driven to an unstable equilibrium while power is removed from the pair; when power is restored, the pair transitions from the existing unstable equilibrium state to a randomly assumed stable state" |
| common synchronization means coupled to all of the nondeterministic logic elements for synchronizing operation of the nondeterministic logic elements | "<u>Function</u>:  synchronizing operation of the nondeterministic logic elements<br><br><u>Corresponding structure</u>:  signal 32, and delay element 64" |
| coupled to all of the nondeterministic logic elements | "coupled to all of the multiple nondeterministic logic elements" |

IT IS SO ORDERD.

DATED this __20th__ day of November, 2014.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge